UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No.: 2:17-cr-20398
        Hon. Gershwin A. Drain

ELRICO WELCH,

        Defendant.
_____/

## ORDER CONSTRUING DEFENDANT'S MOTION FOR HOME CONFINEMENT AS A MOTION FOR COMPASSIONATE RELEASE AND REQUIRING GOVERNMENT RESPONSE

On September 11, 2025, the Court received a handwritten letter from Defendant Elrico Welch. *See* ECF No. 58. In the letter, Welch claims that he has incorrectly been placed in a high security prison (F.C.I. Hazelton) rather than a low security prison, and that the Bureau of Prisons is neglecting to provide him medications for his "chronic disease." *Id.* at PageID.222–24. Welch asserts that his life is in danger in the custody of F.C.I. Hazelton due to its neglect. *Id.* at PageID.224.

The Court construes this letter as a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). The Government is hereby **ORDERED** to respond to Welch's Motion for Compassionate Release by **October 15, 2025.** Welch's reply, if any, is due **October 29, 2025.**

1

**IT IS SO ORDERED.**

Dated:  September 15, 2025             /s/Gershwin A. Drain
                                        GERSHWIN A. DRAIN
                                        United States District Judge